(70 Hun, 598.)

PALMER, Respondent, v. JONES et al., Appellants.

(Supreme Court,.General Term, First Department.   June 30, 1893.)

Action by Katherine Palmer against George Jones and others.
Jas. C. De.La Mare, for appellants.
John V. Bouvier, Jr., for respondent.
No opinion.   Motion denied, with $10 costs.   For decision on appeal, see 23 N.
Y. Supp. 584.

(70 Hun, 598.)

REYNOLDS v. KNEELAND.

(Supreme Court, General Term, First Department.   June 30, 1893.)

Action by William L. Reynolds against Sylvester H. Kneeland.
Arnoux, Ritch & Woodford, for plaintiff.
Robert G. Ingersoll, for defendant.
No opinion.   Motion denied.   For decision on appeal, see 17 N. Y. Supp. 895.

(70 Hun, 598.)

SENTENNIS et al., Appellants, v. LADEW et al., Respondents.

(Supreme Court, General Term, First Department.   June 30, 1893.)

Action by Otillie Sentennis and others against Edward R. Ladew and others.
C. B. Smith, for appellants.
Geo. A. Strong, for respondents.
No opinion.   Order affirmed, with $10 costs and disbursements.

(70 Hun, 598.)

STEVENS, Respondent, v. BAKER, Appellant.

(Supreme Court, General Term, First Department.   June 30, 1893.)

Action by Wealthy A. Stevens, as guardian, against Clinton G. Baker.
D. Noble Rowan, for appellant.
J. Fettretch, for respondent.
No opinion.   Judgment affirmed, with costs.

(70 Hun, 598.)

In re VAN NESS.

(Supreme Court, General Term, First Department.   June 30, 1893.)

No opinion.   Referred to F. S. Wait to take proof.